1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE DISTRICT OF ARIZONA
9
10
Bobby Len Davis and Becky Davis,       )
11                                      )
          Plaintiffs,                   )
12                                      )          No. CV 14-2288-TUC-CKJ (LCK)
vs.                                     )
13                                      )                    **ORDER**
Air & Liquid Systems Corporation, et al., )
14                                      )
          Defendants.                   )
15 _____)

16         On November 9, 2017, Magistrate Judge Lynette C. Kimmins issued a Report and

17 Recommendation (Doc. 454) in which she recommended Defendant Crane Co.'s Motion for

18 Summary Judgment (Doc. 415) and Defendant Warren Pumps, LLC's Motion for Summary

19 Judgment (Doc. 421) be granted.  The Report and Recommendation notified the parties they

20 had 14 days from the date of the Report and Recommendation to file any objections.  No

21 objections have been filed.

22         The standard of review that is applied to a magistrate judge's report and

23 recommendation is dependent upon whether a party files objections – the Court need not

24 review portions of a report to which a party does not object. *Thomas v. Arn*, 474 U.S. 140,

25 150 (1985).  However, the Court  must "determine de novo any part of the magistrate judge's

26 disposition that has been properly objected to.  The district judge may accept, reject, or

27 modify the recommended disposition; receive further evidence; or return the matter to the

28 magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1).

Nonetheless, "while the statute does not require the judge to review an issue de novo if no objections are filed, it does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the pending motions (Docs. 415, 421), the responses (Docs. 431, 433), the replies (Docs. 445, 446), the statements of facts (Docs. 416, 422, 432, 434), and the Report and Recommendation (Doc. 454).

Accordingly, after an independent review, IT IS ORDERED:

1.    The November 9, 2017 Report and Recommendation (Doc. 454) is ADOPTED.

2.    Defendant Crane Co.'s Motion for Summary Judgment (Doc. 415) is GRANTED.

3.    Summary Judgment is awarded in favor of Defendant Crane Co. and against Plaintiffs Bobby Len Davis and Becky Davis.

4.    Defendant Warren Pumps, LLC's Motion for Summary Judgment (Doc. 421) is GRANTED.

5.    Summary Judgment is awarded in favor of Warren Pumps, LLC, and against Plaintiffs Bobby Len Davis and Becky Davis.

6.    The Clerk of Court shall enter judgment and shall then close its file in this matter.

DATED this 10th day of January, 2018.


_____
Cindy K. Jorgenson
United States District Judge

- 2 -